**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TAMMY J. SCOTT ROBINSON, Administrator
of the Estate of ANTHONY SCOTT, Deceased,

               Plaintiff,                              23 **CIVIL** 9521 (VSB)(BCM )

      -against-                                   **JUDGMENT**

CITY OF NEW YORK, et al.,

               Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated November 26, 2025, the Court adopts the Report &

Recommendation in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
        December 1, 2025

                                 **TAMMI M. HELLWIG**
                                          _____
                                      **Clerk of Court**

            **BY:**        *Negam Dulal*
                                _____
                                       **Deputy Clerk**